**Affirmed and Majority and Concurring Opinions filed October 4, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00576-CR

## EX PARTE MEDGER CHAUNCEY DUCKENS, Appellant

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1688385**

## C O N C U R R I N G   O P I N I O N

I respectfully concur. The majority opinion discusses whether the State's conduct in this case is substantially unconstitutional, thus implying that there is a permissible category of unconstitutional restrictions because they do not constitute a "substantial" violation. Because I believe that all unconstitutional restrictions should have a remedy but that the State's actions are not unconstitutional in this case, I concur.

/s/     Meagan Hassan
        Justice

Panel consists of Justices Jewell, Zimmerer, and Hassan (Jewell, J., majority).
Publish — Tex. R. App. P. 47.2(b).